EXHIBIT A.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X
LIN *et al.*

                                                    Plaintiffs,        Case No.20-cv-05942

            v.

FADA GROUP INC d/b/a Sogo *et al.*        **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

                                                 Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

| TROY LAW, PLLC<br>*Attorneys for the Plaintiffs* | White & Hilferty<br>*Attorneys for Defendants* |
|---|---|
| By: *[signature]*<br>Tiffany Troy<br>41-25 Kissena Blvd., Suite 110<br>Flushing, NY 11355<br>Tel: 718 762 1324 | *[signature]*<br>Michael P. Hilferty<br>Samantha Hudler, Esq.<br>757 Third Avenue, 20th Floor<br>New York, NY 10017<br>Tel: 9176335760 |

SO ORDERED.

_____
JULIEN XAVIER NEALS
United States District Judge

Date: 11/26/2024